**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DIANNE WYNN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-00296-SRC |
| ) | |
| AMERICAN AIRLINES, INC., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER OF DISMISSAL**

Pursuant to the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that [15] Defendant's Motion to Dismiss is **GRANTED** and Plaintiff's cause of action is **DISMISSED** without prejudice.

So Ordered this 22nd day of April, 2020.

_____
**STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE**